IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY R. SEDGWICK, | |
| Plaintiff, | |
| v. | Civil Action No. 8:13-cv-00611-AW |
| PEROUTKA & PEROUTKA, P.A. et al., | |
| Defendants. | |

## SETTLEMENT ORDER

This Court has been advised by each of the parties that the above action has been settled, including all counterclaims, cross-claims, and third-party claims, if any. Accordingly, pursuant to Local Rule 111, IT IS this **20th day of May, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED** that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is *without prejudice* to the right of either party to move for good cause within **60 days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be *with prejudice*.

|  May 20, 2013  |  /s/  |
|---|---|
| Date | Alexander Williams, Jr. |
| | United States District Judge |

1