IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

JEFFREY R. SEDGWICK

    Plaintiff

vs.

PEROUTKA & PEROUTKA, P.A.;
STEPHEN G. PEROUTKA, ESQUIRE;
MICHAEL A. PEROUTKA, ESQUIRE;
SEAN P. DALY, ESQUIRE;
CAPITAL ONE BANK (USA), N.A.;
JOHN DOES 1 THROUGH 5

    Defendants

CIVIL ACTION NO.: 8:13-CV-00611-AW

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice, as to all Defendants, including Capital One Bank (USA), N.A.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Jeffrey R. Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708
*Pro Se Plaintiff*

_____
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendants Peroutka & Peroutka, P.A., Stephen G. Peroutka, Esquire, Michael A. Peroutka, Esquire, and Sean P. Daly, Esquire*

1